No. 16,828.

GREAGER *v.* TERRILL.
(255 P. [2d] 754)

Decided March 23, 1953.   Rehearing denied April 13, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. HAROLD C. GREAGER, Mr. JAMES E. TARTER, for plaintiff in error.

Messrs. MOYNIHAN, HUGHES & SHERMAN, for defendant in error.